**Order filed April 9, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00198-CV
_____

**LAND-AIR MEDICAL TRANSPORT, INC., Appellant**

**V.**

**CONCORD EMS, INC., Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1120700**

## O R D E R

The notice of appeal in this case was filed March 10, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 24, 2020.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, Poissant.